**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: __________** |
| **v.** | : | **DATE FILED: __________** |
| **AQUILINA LEWIS** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 641 (theft of government funds - 1 count)**<br>**Notice of forfeiture** |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

At all times material to this information:

1. The Social Security Administration ("SSA"), an agency of the United States, administered certain government benefit programs, including the Supplemental Security Income ("SSI") program, pursuant to Title 42, United States Code, Sections 1381 to 1383f.

2. The SSI program, which was funded through general tax revenues of the United States, provided monthly cash benefits to individuals who were age 65 or over or who were "disabled," and who demonstrated financial need, as determined by his or her "income" and "resources," as those terms were defined for purposes of the Social Security Act.

3. To receive SSI, applicants were required to report all income and assets, including property, and once approved for SSI payments, were required to notify SSA if they were working or received income from any source.

4. The father of defendant AQUILINA LEWIS, identified herein as "M.D.,"

a person known to the United States Attorney, received SSI benefits during his lifetime. No other individual was entitled to the SSI benefits designated for M.D., and the SSI benefits were to be terminated upon M.D.'s death.

5. The SSA provided M.D.'s monthly benefit payments through an electronic funds transfer to a Comerica Bank account titled to M.D.

6. M.D. died on or about May 2, 2020.

7. The SSA has no record of timely notification of M.D.'s death and continued to issue SSI benefits payments through electronic funds transfers to the Comerica Bank account held in the name of M.D.

15. After M.D.'s death, defendant AQUILINA LEWIS improperly received and converted the SSI benefit payments in M.D.'s Comerica Bank account for her own use, knowing that they were intended for M.D. and that defendant LEWIS was ineligible to receive the benefit payments.

16. From in or about May 2020 to in or about October 2024, in the Eastern District of Pennsylvania, and elsewhere, defendant

**AQUILINA LEWIS**

knowingly stole and converted to her own use money of the United States in excess of $1,000, that is, SSA benefits totaling approximately $43,613.00, to which the defendant knew she was not entitled.

In violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 641, set forth in this information, defendant

**AQUILINA LEWIS**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such offense, including but not limited to the sum of approximately $43,613.00.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C).

Christine E Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

AQUILINA LEWIS

INFORMATION

18 U.S.C. § 641 (theft of government funds - 1 count)

A true bill.

________________________________
Foreperson

Filed in open court this ______________________________day,
Of ______________________A.D. 20____________

________________________________
Foreperson

Bail, $_________________